IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 14-cr-00012-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. SCOTT T. BLACK

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

      IT IS ORDERED that Defendant, SCOTT T. BLACK, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to FCI Big Spring Satellite Camp (SCP), 1900 Simler Avenue, Big Spring, Texas, on July 9, 2014, by 12:00 noon, and will travel at his own expense.

    DATED June 25, 2014.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge